UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LIONEL BEARD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 20-cv-47-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1, a Federal Tort Claims Act claim against the United States, is dismissed without prejudice for failure to exhaust administrative remedies; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, an Eighth Amendment claim against the United States of America, is dismissed with prejudice as to the United States of America but without prejudice as to relevant federal agents.

**DATED:  March 2, 2021**

                                                **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**